UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-03930-JC | Date | September 19, 2025 |
|---|---|---|---|
| Title | Edmond Neal v. Kingtide North Inc, et al. | | |

Kingtide North Inc

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | none | none |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:            Attorneys Present for Defendants:

none                            none

**Proceedings:**          (In Chambers)

### ORDER TO SHOW CAUSE (OSC) RE DISMISSAL FOR LACK OF PROSECUTION

The action herein was filed on May 2, 2025. On July 28, 2025, Plaintiff filed a proof of service regarding service of the Complaint and Summons on the sole named Defendant – Kingtide North, Inc. – on July 17, 2025. Defendant's deadline to file a responsive pleading has expired. See Fed. R. Civ. P. 4(h)(1), 12(a)(1); Cal. Code Civ. Proc. §§ 415.20, 416.10. On August 21, 2025, the Clerk – at Plaintiff's request – entered Defendant's default. See Fed. R. Civ. P. 55(a). Since that date, based upon a review of the docket, the Court is unaware of any action having been undertaken in this matter. No answer has been filed. Nor has Defendant requested an extension of time to file a responsive pleading. No motion for default judgment has been filed. See Fed. R. Civ. P. 55(b).

The Court, on its own motion, hereby ORDERS Plaintiff to show cause in writing no later than **October 3, 2025**, why this action should not be dismissed for lack of prosecution. **Plaintiff's failure timely to file a response to this Order to Show Cause and/or to show good cause may result in the dismissal of this case based on Plaintiff's lack of prosecution and/or failure to comply with this Order to Show Cause.**

It is Plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently. All stipulations affecting the progress of the case must be approved by the Court, except as otherwise provided in the Local Rules. L.R. 7-1, 8-3.

IT IS SO ORDERED.