JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND NEAL,<br><br>    Plaintiff,<br><br>    v.<br><br>KINGTIDE NORTH INC., ET AL.,<br><br>    Defendants. | Case No. 2:25-cv-03930-JC<br><br>**ORDER DISMISSING ACTION** |

On October 3, 2025, Plaintiff Edmond Neal filed a Notice of Settlement ("Notice"), stating that Plaintiff and Defendants have settled the above-captioned matter as to the entire case and requesting that the Court grant thirty (30) days for Plaintiff to file dispositional documents and in order to afford the parties time to complete the settlement.  (Docket No. 15).

Having considered the Notice and finding good cause therefor, the Court hereby ORDERS:

   1.   All deadlines governing this action are VACATED.

2. The Court DISMISSES the action without prejudice.  The Court retains jurisdiction to vacate this Order and to reopen the action within thirty (30) days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 30-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the Court.  Such stipulation shall be filed within the aforementioned 30-day period, or by such later date ordered by the Court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: October 3, 2025                    _____/s/_____
                                          Honorable Jacqueline Chooljian
                                          UNITED STATES MAGISTRATE JUDGE